```
THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
GWENDOLYN M. GAMBLE (State Bar No. 143267)
Assistant United States Attorney
      Room 7516, Federal Building
      300 North Los Angeles Street
      Los Angeles, California 90012
      Email: gwen.gamble@usdoj.gov
      Telephone:  (213) 894-6684
      Fax:        (213) 894-7819

Attorneys for Defendants
```

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KE LUO, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL MUKASEY, et al., <br><br> Defendants. | No. CV 07-6682 ODW (PJWx) <br><br> **ORDER RE DISMISSAL WITHOUT PREJUDICE** <br><br> [~~PROPOSED~~] <br><br> Honorable Otis D. Wright II |

IT IS HEREBY ORDERED that the above-captioned action be dismissed without prejudice, each party to bear their own costs and fees.

DATED: March 14, 2008

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE